SARA A. MOORE (SBN 294255)
AYUSHI NEOGI (SBN 341894)
GORDON REES SCULLY MANSUKHANI, LLP
275 Battery Street, Suite 2000
San Francisco, CA 94111
Telephone:   (415) 986-5900
Facsimile:    (415) 986-8054
smoore@grsm.com
aneogi@grsm.com

Attorneys for Defendants CARLISLE
CONSTRUCTION MATERIALS, LLC and
CARLISLE COMPANIES INCORPORATED

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROBERT MCCOMMON, on behalf of himself and others similarly situated,<br><br>Plaintiff,<br><br>vs.<br><br>CARLISLE CONSTRUCTION MATERIALS, LLC, a Delaware limited liability company; CARLISLE COMPANIES INCORPORATED, an entity of unknown form; and DOES 1 through 50, inclusive,<br><br>Defendants. | Case No. 2:22-cv-00728 MCE-AC<br><br>**JOINT STIPULATION AND ORDER TO ALLOW PLAINTIFF TIME TO FILE AN AMENDED COMPLAINT, AND EXTENSION OF TIME FOR DEFENDANTS TO RESPOND**<br><br>Complaint filed:  March 10, 2022<br>Action removed from State Court: April 27, 2022 |

Plaintiff ROBERT MCCOMMON ("Plaintiff") and Defendants CARLISLE CONSTRUCTION MATERIALS, LLC and CARLISLE COMPANIES INCORPORATED ("Defendants") (collectively, "the Parties") hereby stipulate and agree as follows:

Whereas Defendants attempted to meet and confer with Plaintiff to address deficiencies in Plaintiff's Complaint on April 20, 2022;

Whereas Defendants timely removed this action to this Court on April 27, 2022;

Whereas the Parties agreed to an extension of time for Defendants to file a responsive pleading to May 13, 2022;

-1-

Whereas Plaintiff requested additional time to address the deficiencies in the Complaint, and prepare an amended complaint, as appropriate;

Whereas Defendants attempted to meet and confer with Plaintiff to address any additional time necessary to prepare an amended complaint on May 23, 2022;

Whereas in order to allow the Parties sufficient additional time to meet and confer and for Plaintiff to file an amended complaint as appropriate, the Parties agreed to an extension of time for Defendants to file a responsive pleading to June 27, 2022;

Therefore, it is hereby stipulated that Defendants shall have until June 27, 2022 to file their responsive pleading. If Plaintiff files an amended complaint, then the responsive pleading deadline will run from the amended pleading.

Pursuant to Local Rule 143(a)(1) the filer of this document attests that concurrence in the filing of the same has been obtained from each of the signatories.

Dated: May 26, 2022

GORDON REES SCULLY MANSUKHANI, LLP

By    /s/ Sara A. Moore
      Sara A. Moore
      Ayushi Neogi
Attorneys for Defendants CARLISLE CONSTRUCTION MATERIALS, LLC and CARLISLE COMPANIES INCORPORATED

Dated: May 26, 2022

DAVID YEREMIAN & ASSOCIATES INC

By:    /s/ Roman Shkodnik
      David Yeremian
      Roman Shkodnik
Attorneys for Plaintiff ROBERT MCCOMMON

IT IS SO ORDERED.

Dated: June 1, 2022

MORRISON C. ENGLAND, JR
SENIOR UNITED STATES DISTRICT JUDGE