| | |
|---|---|
| 1 | DAVID YEREMIAN & ASSOCIATES, INC. |
| 2 | David Yeremian (SBN 226337)<br>david@yeremianlaw.com |
| 3 | Roman Shkodnik (SBN 285152)<br>roman@yeremianlaw.com |
| 4 | 2540 Foothill Blvd., Suite 201<br>La Crescenta, California 91214 |
| 5 | Telephone: (818) 230-8380<br>Facsimile: (818) 230-0308 |
| 6 | Mark A. Ozzello (SBN 116595) |
| 7 | Mark.Ozzello@capstonelawyers.com<br>Brandon Brouillette (SBN 273156) |
| 8 | Brandon.Brouillette@capstonelawyers.com<br>John Stobart (SBN 248741) |
| 9 | John.Stobart@capstonelawyers.com<br>Joseph Hakakian (SBN 323011) |
| 10 | Joseph.Hakakian@capstonelawyers.com<br>Capstone Law APC |
| 11 | 1875 Century Park East, Suite 1000<br>Los Angeles, California 90067 |
| 12 | Telephone: (310) 556-4811<br>Facsimile: (310) 943-0396 |
| 13 | Attorneys for Plaintiff ROBERT MCCOMMON, |
| 14 | on behalf of himself and others similarly situated |
| 15 | [Additional counsel and party listed on following page] |

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROBERT MCCOMMON, on behalf of himself and others similarly situated,<br><br>    Plaintiff,<br><br>    vs.<br><br>CARLISLE CONSTRUCTION MATERIALS, LLC, a Delaware limited liability company; CARLISLE COMPANIES INCORPORATED, an entity of unknown form; and DOES 1 through 50, inclusive, | Case No. 2:22-cv-00728 MCE-AC<br><br>**ORDER**<br><br>Judge:         Hon. Morrison C. England, Jr.<br>Courtroom:   7<br><br>Complaint Filed:   March 10, 2022 |

///

SARA A. MOORE (SBN 294255)
AYUSHI NEOGI (SBN 341894)
GORDON REES SCULLY MANSUKHANI, LLP
275 Battery Street, Suite 2000
San Francisco, CA 94111
Telephone:   (415) 986-5900
Facsimile:   (415) 986-8054
smoore@grsm.com
aneogi@grsm.com

Attorneys for Defendants CARLISLE
CONSTRUCTION MATERIALS, LLC and
CARLISLE COMPANIES INCORPORATED

# ORDER

The Court has considered the Joint Stipulation for Entry of an Order Granting Plaintiff Leave to File a First Amended Complaint ("Joint Stipulation") filed by Plaintiff Robert McCommon ("Plaintiff"), on behalf of himself and all others similarly situated, and Defendants Carlisle Construction Materials, LLC and Carlisle Companies Incorporated (collectively "Defendants") (Plaintiff and Defendants hereinafter collectively referred to as the "Parties"), and the proposed First Amended Complaint, in the form attached at **Exhibit 1** to the Joint Stipulation.

With good cause appearing, and pursuant to the Joint Stipulation, the Court approves the Joint Stipulation and IT IS HEREBY ORDERED THAT:

1. Plaintiff is GRANTED leave to file the First Amended Complaint provided at **Exhibit 1** to the Parties' Joint Stipulation;

2. Not later than two (2) days from the date of this Order, Plaintiff must REFILE the First Amended Complaint on the docket; and

3. Defendants will file and serve their responsive pleading to the First Amended Complaint within thirty (30) days from the date this Order is entered by the Court.

IT IS SO ORDERED.

DATED: June 30, 2022

_____
MORRISON C. ENGLAND, JR.
SENIOR UNITED STATES DISTRICT JUDGE