1  SARA A. MOORE (SBN 294255)
   CHELSEA LEWIS (SBN 327438)
2  GORDON REES SCULLY MANSUKHANI, LLP
   275 Battery Street, Suite 2000
3  San Francisco, CA 94111
   Telephone:   (415) 986-5900
4  Facsimile:   (415) 986-8054
   smoore@grsm.com
5  clewis@grsm.com

6  Attorneys for Defendants CARLISLE
   CONSTRUCTION MATERIALS, LLC and
7  CARLISLE COMPANIES INCORPORATED

8                    UNITED STATES DISTRICT COURT

9                    EASTERN DISTRICT OF CALIFORNIA

10

11 | ROBERT MCCOMMON, on behalf of himself and others similarly situated, | Case No. 2:22-cv-00728 MCE-AC |
|---|---|
| Plaintiff, | **REVISED JOINT STIPULATION AND ORDER TO ALLOW PLAINTIFF TIME TO FILE AN AMENDED COMPLAINT, AND EXTENSION OF TIME FOR DEFENDANTS TO RESPOND** |
| vs. | |
| CARLISLE CONSTRUCTION MATERIALS, LLC, a Delaware limited liability company; CARLISLE COMPANIES INCORPORATED, an entity of unknown form; and DOES 1 through 50, inclusive, | Complaint filed: March 10, 2022 Action removed from State Court: April 27, 2022 |
| Defendants. | |

Plaintiff ROBERT MCCOMMON ("Plaintiff") and Defendants CARLISLE CONSTRUCTION MATERIALS, LLC and CARLISLE COMPANIES INCORPORATED ("Defendants") (collectively, "the Parties") hereby stipulate and agree as follows:

Whereas Plaintiff filed a First Amended Complaint on June 30, 2022;

Whereas Defendants attempted to meet and confer with Plaintiff to address deficiencies in Plaintiff's FAC on July 28, 2022;

Whereas the Parties initially agreed to an extension of time for Defendants to file a responsive pleading to August 12, 2022;

-1-

AMENDED JOINT STIPULATION AND ORDER   Case No 2:22-cv-00728-MCE-AC
RE EXTENSIONS OF TIME

Whereas the Parties need further time to meet and confer about the scope of the relevant time period and entities named;

Whereas the Parties agreed to a further extension of time for Defendants to file a responsive pleading to on or before August 26, 2022;

Whereas the Parties are still in the process of meeting and conferring regarding the scope of the relevant time period and entities named;

Whereas the Parties agreed to a further extension of time for Defendants to file a responsive pleading to on or before September 9, 2022;

Therefore, it is hereby stipulated that Defendants shall have until September 9, 2022 to file their responsive pleading.

Pursuant to Local Rule 143(a)(1) the filer of this document attests that concurrence in the filing of the same has been obtained from each of the signatories.

Dated: August 26, 2022                    GORDON REES SCULLY MANSUKHANI, LLP

By     /s/  Sara A. Moore
         Sara A. Moore
         Chelsea Lewis
Attorneys for Defendants CARLISLE CONSTRUCTION MATERIALS, LLC and CARLISLE COMPANIES INCORPORATED

Dated: August 26, 2022                    DAVID YEREMIAN & ASSOCIATES INC

By: /s/ David Yeremian
         David Yeremian
         Roman Shkodnik
Attorneys for Plaintiff ROBERT MCCOMMON

**ORDER**

IT IS SO ORDERED.

Dated:  August 31, 2022

MORRISON C. ENGLAND, JR
SENIOR UNITED STATES DISTRICT JUDGE

-2-

AMENDED JOINT STIPULATION AND ORDER                    Case No 2:22-cv-00728-MCE-AC
RE EXTENSIONS OF TIME

*Gordon Rees Scully Mansukhani, LLP*
*275 Battery Street, Suite 2000*
*San Francisco, CA 94111*