SARA A. MOORE (SBN 294255)
CHELSEA LEWIS (SBN 327438)
GORDON REES SCULLY MANSUKHANI, LLP
275 Battery Street, Suite 2000
San Francisco, CA 94111
Telephone:   (415) 986-5900
Facsimile:   (415) 986-8054
smoore@grsm.com
clewis@grsm.com

Attorneys for Defendants CARLISLE
CONSTRUCTION MATERIALS, LLC and
CARLISLE COMPANIES INCORPORATED

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROBERT MCCOMMON, on behalf of himself and others similarly situated, <br><br> Plaintiff, <br><br> vs. <br><br> CARLISLE CONSTRUCTION MATERIALS, LLC, a Delaware limited liability company; CARLISLE COMPANIES INCORPORATED, an entity of unknown form; and DOES 1 through 50, inclusive, <br><br> Defendants. | Case No. 2:22-cv-00728 MCE-AC <br><br> **REVISED JOINT STIPULATION AND ORDER TO ALLOW PLAINTIFF TIME TO FILE AN AMENDED COMPLAINT, AND EXTENSION OF TIME FOR DEFENDANTS TO RESPOND** <br><br> Complaint filed: March 10, 2022 <br> Action removed from State Court: April 27, 2022 |

Plaintiff ROBERT MCCOMMON ("Plaintiff") and Defendants CARLISLE CONSTRUCTION MATERIALS, LLC and CARLISLE COMPANIES INCORPORATED ("Defendants") (collectively, "the Parties") hereby stipulate and agree as follows:

Whereas Plaintiff filed a First Amended Complaint on June 30, 2022;

Whereas Defendants attempted to meet and confer with Plaintiff to address deficiencies in Plaintiff's FAC on July 28, 2022;

Whereas the Parties initially agreed to an extension of time for Defendants to file a responsive pleading to August 12, 2022;

Whereas the Parties need further time to meet and confer about the scope of the relevant time period and entities named;

Whereas the Parties agreed to a further extension of time for Defendants to file a responsive pleading to on or before August 26, 2022;

Whereas the Parties are still in the process of meeting and conferring regarding the scope of the relevant time period and entities named;

Whereas the Parties agreed to a further extension of time for Defendants to file a responsive pleading to on or before September 23, 2022;

Therefore, it is hereby stipulated that Defendants shall have until September 23, 2022 to file their responsive pleading.

Pursuant to Local Rule 143(a)(1) the filer of this document attests that concurrence in the filing of the same has been obtained from each of the signatories.

Dated: September 9, 2022            GORDON REES SCULLY MANSUKHANI, LLP

By ___/s/  Sara A. Moore_____
     Sara A. Moore
     Chelsea Lewis
Attorneys for Defendants CARLISLE CONSTRUCTION MATERIALS, LLC and CARLISLE COMPANIES INCORPORATED

Dated: September 9, 2022            DAVID YEREMIAN & ASSOCIATES INC

By: ___/s/ David Yeremian_____
     David Yeremian
     Roman Shkodnik
Attorneys for Plaintiff ROBERT MCCOMMON

IT IS SO ORDERED.

Dated:  September 21, 2022

MORRISON C. ENGLAND, JR
SENIOR UNITED STATES DISTRICT JUDGE