1  DAVID YEREMIAN & ASSOCIATES, INC.
   David Yeremian (SBN 226337)
2  david@yeremianlaw.com
   Roman Shkodnik (SBN 276295)
3  roman@yeremianlaw.com
   2540 Foothill Blvd., Suite 201
4  La Crescenta, California 91203
   Telephone: (818) 230-8380
5  Facsimile: (818) 230-0308

6  Attorneys for Plaintiff ROBERT MCCOMMON,
   on behalf of himself and others similarly situated

7  [Additional counsel and party listed on following page]

8

9                       UNITED STATES DISTRICT COURT

10                      EASTERN DISTRICT OF CALIFORNIA

11

12 | ROBERT MCCOMMON, on behalf of himself and others similarly situated, | Case 2:22-cv-00728 MCE-AC |
   |---|---|
13 | | **ORDER** |
14 | Plaintiff, | |
15 | vs. | Judge:     Hon. Morrison C. England JR.<br>Courtroom: 7 |
16 | | |
17 | CARLISLE CONSTRUCTION MATERIALS, LLC, a Delaware limited liability company; CARLISLE COMPANIES INCORPORATED, an entity of unknown form; and DOES 1 through 50, inclusive, | Complaint Filed:   March 10, 2022 |
18 | | |
19

20

21

22

23

24

25

26

27

28

ORDER

1  Bevin Allen Pike (SBN 221936)
   Bevin.Pike@capstonelawyers.com
2  Daniel Jonathan (SBN 262209)
   Daniel.Jonathan@capstonelawyers.com
3  Trisha K. Monesi (SBN 202512)
   Trisha.Monesi@capstonelawyers.com
4  Capstone Law APC
   1875 Century Park East, Suite 1000
5  Los Angeles, California 90067
   Telephone:(310) 556-4811
6  Facsimile:(310) 943-0396

7  Sara A. Moore (SBN 294255)
   Ayushi Neogi (SBN 341894)
8  GORDON REES SCULLY MANSUKHANI, LLP
   275 Battery Street, Suite 2000
9  San Francisco, CA 94111
   Telephone:    (415) 986-5900
10 Facsimile:    (415) 986-8054
   smoore@grsm.com
11 aneogi@grsm.com

12 Attorneys for Defendants CARLISLE
   CONSTRUCTION MATERIALS, LLC and
13 CARLISLE COMPANIES INCORPORATED

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

2

ORDER

**ORDER**

GOOD CAUSE APPEARING THEREFORE, IT IS HEREBY ORDERED that the discovery cut-off is continued to October 14, 2024.

IT IS SO ORERED.

Dated: July 17, 2023

_____
MORRISON C. ENGLAND, JR
SENIOR UNITED STATES DISTRICT JUDGE