D.LAW, INC.
Emil Davtyan (SBN 299363)
Emil@d.law
Roman Shkodnik (SBN 285152)
R.Shkodnik@d.law
880 E Broadway
Glendale, CA 91205
Telephone: (818) 962-6465
Fax: (818) 962-6469

DAVID YEREMIAN & ASSOCIATES, INC.
David Yeremian (SBN 226337)
David@yeremianlaw.com
880 E Broadway
Glendale, CA 91205
Telephone: (818) 962-6465
Fax: (818) 962-6469

Attorneys for Plaintiff ROBERT MCCOMMON,
on behalf of himself and others similarly situated

[Additional counsel and party listed on following page]

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNI

| | |
|---|---|
| ROBERT MCCOMMON, on behalf of himself and others similarly situated, <br><br> Plaintiff, <br><br> vs. <br><br> CARLISLE CONSTRUCTION MATERIALS, LLC, a Delaware limited liability company; CARLISLE COMPANIES INCORPORATED, an entity of unknown form; and DOES 1 through 50, inclusive, | Case 2:22-cv-00728 MCE-AC <br><br> **ORDER** <br><br> Judge:  Hon. Morrison C. England JR. <br> Courtroom:  7 <br><br> Complaint Filed:  March 10, 2022 |

**ORDER**

Bevin Allen Pike (SBN 221936)
Bevin.Pike@capstonelawyers.com
Daniel Jonathan (SBN 262209)
Daniel.Jonathan@capstonelawyers.com
Trisha K. Monesi (SBN 202512)
Trisha.Monesi@capstonelawyers.com
Capstone Law APC
1875 Century Park East, Suite 1000
Los Angeles, California 90067
Telephone:(310) 556-4811
Facsimile:(310) 943-0396

Sara A. Moore (SBN 294255)
Ayushi Neogi (SBN 341894)
GORDON REES SCULLY MANSUKHANI, LLP
275 Battery Street, Suite 2000
San Francisco, CA 94111
Telephone:     (415) 986-5900
Facsimile:     (415) 986-8054
smoore@grsm.com
aneogi@grsm.com

Attorneys for Defendants CARLISLE
CONSTRUCTION MATERIALS, LLC and
CARLISLE COMPANIES INCORPORATED

## ORDER

Pursuant to the stipulation of the parties, the non-expert discovery cut-off is hereby continued to April 21, 2025.

IT IS SO ORDERED.

Dated:  December 18, 2023

_____
MORRISON C. ENGLAND, JR
SENIOR UNITED STATES DISTRICT JUDGE