UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROBERT MCCOMMON, on behalf of himself and others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>CARLISLE CONSTRUCTION MATERIALS, LLC, a Delaware limited liability company; CARLISLE COMPANIES INCORPORATED, an entity of unknown form; and DOES 1 through 50, inclusive,<br><br>Defendants. | No. 2:22-cv-00728 MCE AC<br><br>ORDER |

    This case is before the undersigned on plaintiff's motion to compel. ECF No. 34. The discovery motion is referred to the undersigned by E.D. Cal. R. ("Local Rule") 302(c)(1). Plaintiff filed the motion to compel pursuant to Rule 34 of the Federal Rules of Civil Procedure, and without a joint statement pursuant to Local Rule 251(e)(1) on the grounds that defendants have failed to provide responses to Plaintiff's Requests for Production of Documents, Set One. Plaintiff noted that pursuant to Local Rule 251(b), the parties' counsel have met and conferred over the phone and in email regarding defendants' failure to provide responses. ECF No. 34 at 3. The matter was submitted on the papers. ECF No. 35.

1

1	The motion to compel was set to be heard on October 2, 2024. ECF No. 34. Pursuant to
2	Local Rule 251(e), defendants were required to file an opposition or notice of non-opposition
3	within 7 days before the hearing date. In this case, the deadline was September 25, 2024.
4	Defendants did not file an opposition or statement of non-opposition.

5	Good cause appearing, IT IS HEREBY ORDERED that defendants shall show cause, in
6	writing, within 14 days, why their failure to respond to the pending motion should not result in
7	sanctions. The filing of an opposition or statement of non-opposition within this timeframe will
8	serve as cause and will discharge this order. If defendants fail to respond, the undersigned will
9	construe the lack of response as a statement of non-opposition to the motion to compel.

10	IT IS SO ORDRED.

11	DATED: October 4, 2024

_____
ALLISON CLAIRE
UNITED STATES MAGISTRATE JUDGE

2